# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| DELORES CASTANEDA, an individual, | Case No. 2:18-CV-08021-AGR |
| Plaintiff, | |
| v. | **ORDER ON STIPULATION OF DISMISSAL** |
| COSTCO WHOLESALE CORPORATION, and DOES 1 to 50, | |
| Defendants. | [Filed concurrently with Stipulation of Dismissal] |

After review of the parties' Stipulation of Dismissal and good cause appearing therefor, the Court orders this matter dismissed, with prejudice, each party to bear its own fees and costs.

IT IS SO ORDERED.

Dated: August 26, 2019      _____
  *Alicia G. Rosenberg*
Hon. Alicia G. Rosenberg
United States Magistrate Judge